UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLUIS E. WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VANCE RAYE, et al.,<br><br>　　　　Defendants, | No. 2:19-cv-1754 MCE DB PS<br><br><br>ORDER |

  Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On October 13, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2020 (ECF No. 7) are ADOPTED in full;

2. Plaintiff's September 5, 2019 application to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's May 21, 2020 amended complaint (ECF No. 5) is DISMISSED without further leave to amend; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  January 7, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE